IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MERCADO REYES,

    Plaintiff,                        No. CIV S-07-1269 LEW JFM P

    vs.

WARDEN KUMA J. DEBOO, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, has filed a motion for extension of time to file a brief that he claims is due on September 24, 2007. Plaintiff did not identify the nature of the brief he believes is due.

        A review of court records reflects that this action is presently awaiting service of process on defendants. There are no deadlines pending at this time. Plaintiff timely complied with this court's order of July 5, 2007, and the order issued July 25, 2007 requires no action by plaintiff. Plaintiff is advised that the court will issue a scheduling order once defendants have filed an answer. Because the court has not ordered plaintiff to file a brief in this case, plaintiff's request for extension of time will be denied.

/////

1

1    IT IS HEREBY ORDERED that plaintiff's September 10, 2007 request for
2 extension of time is denied without prejudice:
3 DATED: September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; reye1269.den

2