IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MERCADO REYES, | No. 2:07-cv-01269-JAM-JFM P |
| Plaintiff, | |
| vs. | ORDER |
| WARDEN KUMA J. DEBOO, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 1, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. Defendants have filed a reply. On June 2, 2008, plaintiff filed a response to defendants' reply.

///

///

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 | this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file,
3 | the court finds the findings and recommendations to be supported by the record and by proper
4 | analysis.
5 |     Accordingly, IT IS HEREBY ORDERED that:
6 |     1. The findings and recommendations filed April 1, 2008, are adopted in full; and
7 |     2. Defendants' November 13, 2007 motion to dismiss is granted without prejudice.
8 | DATED: 9/30/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/reye1269.805