IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MERCADO REYES,

    Plaintiff,                    No. 2:07-cv-1269 JAM JFM P

    vs.

WARDEN KUMA J. DEBOO, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, has filed a motion to find judgment in favor of the plaintiff. However, defendants' motion to dismiss this case was granted on October 2, 2008 and judgment was entered in favor of defendants. Plaintiff was served with a copy of the order and judgment at the same address noted in plaintiff's instant filing.

        IT IS HEREBY ORDERED that plaintiff's October 17, 2008 motion is denied. (Docket No. 27.)

DATED: November 6, 2008.

                                            UNITED STATES MAGISTRATE JUDGE

/001; reye1269.res

1